**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 24cv3057 was opened and assigned in error, therefore

IT IS HEREBY ORDERED that the assignment of case number 24cv3057 shall be vacated and that case number 24cv3057 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 18th day of April 2024.